No. 13-1768

## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT
_____

**KENDALL REID and BRADLEY SEARS,**
**Plaintiff-Appellants,**

**v.**

**NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA,**
**Defendant-Appellee.**

## <u>NOTICE OF FILING</u>

TO:    Darren Mungerson
       Littler Mendelson
       321 N. Clark Street, Suite 1000
       Chicago, Illinois 60654
       DMungerson@littler.com

       PLEASE TAKE NOTICE that on July 31, 2013 the undersigned caused to be filed with

the Clerk of the Seventh Circuit Court of Appeals, the attached FRAP 9(e) MOTION TO

SUPPLEMENT RECORD ON APPEAL AND TO FILE SUPPLEMENTAL DOCUMENTS

UNDER SEAL, a copy of which is hereby served upon you.

                        Respectfully submitted,
                        KENDALL REID and BRADLEY SEARS,
                        Plaintiff-Appellants,

                        By: /Michael Lee Tinaglia/
                            One of Their Attorneys

Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
444 N. Northwest Highway
Suite 350
Park Ridge, Illinois 60068
(847) 692-0421
(847) 685-8440
ARDC No.2835886
mltinaglia@tinaglialaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this NOTICE OF FILING and FRAP 9(e) MOTION TO SUPPLEMENT RECORD ON APPEAL AND TO FILE SUPPLEMENTAL DOCUMENTS UNDER SEAL have been served on the following counsel of record on July 31, 2013, by ECF filing and that hard copy of this notice and motion shall be mailed within seven (7) days after the notice and motion has electronically filed:

> Darren Mungerson
> Littler Mendelson
> 321 N. Clark Street, Suite 1000
> Chicago, Illinois 60654
> DMungerson@littler.com

> /Michael Lee Tinaglia/
> Michael Lee Tinaglia

Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
444 N. Northwest Highway
Suite 350
Park Ridge, Illinois 60068
(847) 692-0421
(847) 685-8440
ARDC No.2835886
mltinaglia@tinaglialaw.com